United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Maira Martinez, Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 20-cv-22812-RNS |
| | ) |
| Commissioner of the Social Security Administration, Respondent. | ) |

### Order Adopting the Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Melissa Damian for a report and recommendation on the Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act. On January 11, 2023, Judge Damian issued a report, recommending that the Court grant the motion, and award counsel for Plaintiff attorney's fees in the amount of $11,222.32, after the Government determines whether Plaintiff owes a federal debt. (Report & Recommendation, ECF No. 45.) No objections have been filed, and the time to object has passed. Having considered Judge Damian's report, the record, and the relevant legal authorities, this Court finds Judge Damian's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Damian's report and recommendation. (**ECF No. 45**.) The Court **grants** the Plaintiff's motion for attorney's fees. (**ECF No. 41**.) Consistent with the report, the Court awards $11,222.32 in attorney's fees, payable to Plaintiff's counsel, Ms. Heather Freeman, after the Government determines whether Plaintiff owes a federal debt.

**Done and ordered** in Miami, Florida, on February 8, 2023.

_____
Robert N. Scola, Jr.
United States District Judge